Ben Bennett
4627 Locust Hills Ct
Holladay, UT 84117
Phone: 425.273.0294
Email: Benrbennett1219@gmail.com

FILED
2025 SEP 24 PM 9:26
CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **Benjamin R. Bennett**<br>Plaintiff,<br><br>v.<br><br>**Nationstar Mortgage, LLC**<br>**d/b/a Mr. Cooper**<br>Defendant | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:25-cv-00601-DAK-CMR<br><br>Judge Dale A. Kimball |

Plaintiff Benjamin R. Bennett hereby notifies the Court that the parties have reached a settlement of this action. The parties are in the process of completing their obligations under the settlement agreement and will submit a stipulation of dismissal with prejudice in due course.

Dated: September 24, 2025
Respectfully submitted,

/s/ Benjamin R. Bennett
Benjamin R. Bennett

**Certificate of Service**

I certify that on September 24, 2025, I caused a true and correct copy of the foregoing **Notice of Settlement** served via email and e-filing upon:

- Nathan R. Marigoni
- Rachel B. Ommerman

Attorneys for Defendant

/s/ Ben Bennett

Ben Bennett
4627 Locust Hills Ct
Holladay, UT 84117
Phone: 425.273.0294
Email: Benrbennett1219@gmail.com